ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Triple Canopy, Inc. | ) | ASBCA No. 62759 |
| | ) | |
| Under Contract No. W52P1J-19-D-0005 | ) | |

APPEARANCE FOR THE APPELLANT:     Daniel J. Strouse, Esq.
   Cordatis LLP
   Arlington, VA

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
   Army Chief Trial Attorney
  CPT Philip L. Aubart, JA
  Harry M. Parent, III, Esq.
   Trial Attorneys

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 180 days of the date of this Order.

Dated: September 29, 2021

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62759, Appeal of Triple Canopy, Inc., rendered in conformance with the Board's Charter.

Dated:  September 29, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2